MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile:  (408) 535-5066
   Email: bradley.price@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID RANGEL and,<br>ENRIQUE PINEDA LEDESMA,<br><br>    Defendants. | No.   CR 10-00674 LHK<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXTENDING DEADLINE FOR<br>GOVERNMENT OPPOSITION TO<br>DEFENDANT RANGEL'S MOTION TO<br>SUPPRESS |

      The Parties, David Rangel and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the date for the government's opposition to defendant Rangel's motion to suppress be extended to May 25, 2011.  Defendant David Rangel filed a motion to suppress statements on May 2, 2011.  The parties had previously agreed that the United States would file its opposition by May 23, 2011.  The reason for the extension is that government counsel needs additional time to investigate and prepare the opposition.

//

//

//

1

The hearing on defendant's motion is currently set for June 28, 2011. No request is made to change that date.

Respectfully submitted,

DATED: May 23, 2011

MELINDA HAAG
United States Attorney

   /s/
BRADLEY D. PRICE
Special Assistant U.S. Attorney

   /s/
CYNTHIA C. LIE
Attorney for Defendant Rangel

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the deadline for the United States to file its opposition to defendant Rangel's motion to suppress is extended to May 25, 2011.  The hearing on defendant's motion shall remain on June 28, 2011.

IT IS SO ORDERED.

DATED:  5/24/11

_____
LUCY H. KOH
United States District Judge