**Filed**

JUN 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID RANGEL, et al.,<br><br>    Defendants. | No. CR-10-00674 LHK<br><br>[~~PROPOSED~~] ORDER CONTINUING EVIDENTIARY HEARING, SETTING FURTHER STATUS HEARING AND EXCLUDING TIME UNDER 18 U.S.C. § 3161(h) |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the evidentiary hearing on Defendant Rangel's Motion to Suppress Statements shall be continued from Tuesday, June 28, 2011, at 1:30 p.m., to Wednesday, August 10, 2011, at 9:00 a.m.

It is further ordered that all parties shall appear for a status hearing on Wednesday, August 24, 2011, at 10:00 a.m.

It is further ordered that the 43 /LHK days from June 28, 2011, to August 10 /LHK, 2011, shall be excluded from the time within which trial shall commence, as the reasonable time necessary for continuity and effective preparation of counsel, and in view of the pending pretrial motion, pursuant to Title 18, United States Code Section 3161(h)(1)(A), (h)(7)(A) and (h)(7)(B)(iv).

///

///

[Proposed] Order Continuing Hearing
CR 10-00674 LHK                                    1

1  IT IS SO ORDERED.

2  Dated: June 22, 2011

3  _Lucy H. Koh_
   HON. LUCY H. KOH
4  United States District Judge

The parties' stipulation did not provide a sufficient basis for an excludable time finding from August 11, 2011 through August 24, 2011. The parties shall provide the basis for an excludable time finding for the period from August 11-24, 2011 in a subsequent stipulation to be filed by June 29, 2011. The reasons for the continuance only cover the period from June 28, 2011 through August 10, 2011, i.e. continuity of government counsel and discovery issues related to the evidentiary hearing. The Court thanks the parties in advance for the additional information justifying the excludable time finding for the period August 11-24, 2011.

6/22/11  Lucy H. Koh