DENIED
Paul S. Grewal
Judge Paul S. Grewal

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00674 PSG |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | ) ) | AS TO DEFENDANT DAVID RANGEL |
| DAVID RANGEL, et al., | ) | **Honorable Paul S. Grewal** |
| Defendants. | ) ) |  |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the condition of home confinement with electronic monitoring previously imposed as to defendant David Rangel shall be modified to permit:

    1.    Release from his residence every Sunday from 9 a.m. to 3 p.m., in the company of his custodian, Patricia Cervantes, for family activities;

    2.    Release from his residence on Saturday, June 25, 2011, from 8 a.m. to 11 a.m. and from 1 p.m. to 4 p.m., in the company of his custodian, Patricia Cervantes, for the church ceremony and family celebration related to his child's baptism.

///

///

1     All other conditions remain in full force and effect.

2     IT IS SO ORDERED.

3 Dated: June ___, 2011

4

5                                       HON. PAUL S. GREWAL
                                      United States Magistrate Judge