1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00674 LHK |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO VACATE |
| | ) | EVIDENTIARY HEARING AND SET |
| vs. | ) | FURTHER STATUS HEARING |
| | ) | |
| DAVID RANGEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

16        Good cause appearing and by stipulation of defendant David Rangel and the government,

17  it is hereby ordered that the evidentiary hearing on Defendant Rangel's Motion to Suppress

18  Statements shall be vacated and that Mr. Rangel and the government shall instead appear for

19  further status on Wednesday, August 10, 2011, at 9:00 a.m.

20        IT IS SO ORDERED.

21  Dated:  July 25, 2011

22                                      _____

23                                      HON. LUCY H. KOH
                                        United States District Judge

24

25

26